MN-302
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. <u>05-49286-GFK</u> |
| UDOFOT, MICHAEL PAUL | ) | |
| | ) | TRUSTEE'S FINAL REPORT AND |
| | ) | PROPOSED DISTRIBUTION |
| Debtor (s) | ) | |

The undersigned Trustee submits the following Final Report and Proposed Distribution:

1. That attached hereto as <u>Form 1</u> is an accounting of the trustee's disposition of all property of the estate.

2. That attached hereto as <u>Form 2</u> is an itemized statement of the trustee's receipts and disbursements showing total receipts of $<u>3,647.67</u>, disbursements of $584.80, and balance on hand of $<u>3,062.87</u>. The balance on hand will not remain in the estate's interest-bearing account until the date of distribution. The additional interest earned, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

3. The trustee has examined all proofs of claim and all objections to such proofs have been determined by the Court or settled by the parties. The trustee has attached copies of any such orders or settlements.

4. The trustee proposes to pay the following liens, or other interests in property of the estate totaling $_____ (not including interim disbursements reported on Form 2):

| Name of<br><u>Entity</u> | Nature of<br><u>Interest</u> | Proposed<br><u>Payment</u> |
|---|---|---|
| | | |

5. The maximum allowable trustee compensation is $<u>765.72</u>. The trustee has received $<u>0.00</u> for interim compensation, and $<u>0.00</u> for reimbursement of interim expenses and requests an additional $<u>765.72</u> for final compensation and an additional $<u>28.79</u> for final reimbursement of expenses.

6. The trustee proposes to distribute the balance remaining after deduction of any amounts in paragraph 4 in accordance with 11 U.S.C. §726 as follows:

(a) $794.51, for administrative expenses not previously disbursed, including Trustee compensation and reimbursement requested in paragraph 5, Court costs, requests by professionals, agents and committees and other expenses necessary to preserve the estate as itemized below or in Exhibit A attached hereto:

| Name of Entity | Type of Service or Expense | Amount Requested | Proposed Allowance |
|---|---|---|---|
| RANDALL L. SEAVER, TRUSTEE | TRUSTEE FEES | 765.72 | 765.72 |
| RANDALL L. SEAVER, TRSUTEE | TRUSTEE EXPENSES | 28.79 | 28.79 |

(b) $0.00 for priority creditors, in the order specified in §507(a) (2)-(9), as itemized below or in Exhibit B-1 attached hereto (if wage claims are paid, attach Exhibit B-2):

| Name of Entity | Claim No. | Priority Class | Amount Claimed | Amount to be Paid |
|---|---|---|---|---|
| | | | | |

(c) $2,268.36, for unsecured creditors allowed in the total amount of $14,324.76, yielding a dividend of 15.8352391% as itemized below :

| Name of Entity | Claim No. | Amount Claimed or Allowed | Amount to be paid |
|---|---|---|---|
| American Express Travel Related Ser | 000001 | 1,194.47 | 189.15 |
| CREDIT FIRST NA | 000002 | 828.64 | 131.22 |
| MIDLAND CREDIT MANAGEMENT | 000003 | 6,905.43 | 1,093.49 |
| WELLS FARGO CARD SERVICES | 000004 | 5,396.22 | 854.50 |
| Total | | $14,324.76 | $2,268.36 |

7. The trustee's distribution of gross receipts of $3,647.67 from liquidation of all property of the estate is summarized below:

| | | | |
|---|---|---|---|
| $ | 765.72 | a. | Trustee Compensation |
| $ | 0.00 | b. | Fee for Attorney for Trustee |
| $ | 0.00 | c. | Fee for Attorney for Debtor |
| $ | 0.00 | d. | Other Professionals |
| $ | 28.79 | e. | All expenses, including Trustee and Court costs |
| $ | 0.00 | f. | Secured Creditors |
| $ | 0.00 | g. | Priority Creditors |

| | | | |
|---|---:|---|---|
| $ | 2,268.36 | h. | Unsecured Creditors |
| $ | 0.00 | i. | Other Payments, <u>except to Debtor</u> (including interests other than secured claims and exemptions to debtors--i.e. payment of a co-owner's interest in property liquidated by trustee) |
| $ | 3,062.87 | j. | SUBTOTAL (sum of lines a through i) |
| $ | 584.80 | k. | Payments to Debtor (including payments of exemptions) |
| $ | 3,647.67 | l. | TOTAL DISBURSEMENTS (sum of lines j and k) |

8. The undersigned trustee certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of the Court, and that the trustee has no agreement or understanding, expressed or implied, with anyone as to any division of fees in the above matter.

WHEREFORE, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated: November 28, 2006          /e/ Randall L. Seaver
                                  RANDALL L. SEAVER, Trustee
                                  12400 PORTLAND AVENUE SOUTH
                                  SUITE 132
                                  BURNSVILLE, MN 55337
                                  (952) 890-0888


REVIEW BY UNITED STATES TRUSTEE

I have reviewed the trustee's Final Report and Proposed Distribution.

Dated: 1/9/07                     HABBO G. FOKKENA
                                  UNITED STATES TRUSTEE
                                  Region 12

                                  By: /s/ Mary M. Eleland

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Case No: 05-49286 GFK  Judge: Gregory F. Kishel
Case Name: UDOFOT, MICHAEL PAUL

For Period Ending: 11/29/06

Trustee Name: RANDALL L. SEAVER
Date Filed (f) or Converted (c): 10/14/05 (f)
341(a) Meeting Date: 01/03/06
Claims Bar Date: 09/18/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 0.00 | 8.99 | | 8.99 | FA |
| 2. CASH ON HAND | 0.00 | 1.00 | | 0.00 | FA |
| 3. HOMESTEAD | 182,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. 1991 FORD TEMPO | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. COMPUTER AND RELATED ITEMS | 100.00 | 100.00 | | 100.00 | FA |
| 6. HOUSEHOLD GOODS AND FURNISHINGS | 750.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. 2005 PROPERTY TAX REFUND (u) | 0.00 | 0.00 | | 0.00 | FA |
| None | | | | | |
| 9. 2005 TAX REFUNDS (u) | 0.00 | 2,858.61 | | 3,443.41 | FA |
| 10. WAGES HELD AT FILING (u) | 0.00 | 83.13 | | 83.13 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 12.14 | FA |

TOTALS (Excluding Unknown Values)   $ 183,400.00   $ 3,051.73   $ 3,647.67

Gross Value of Remaining Assets: $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

2005 TAX REFUNDS

Initial Projected Date of Final Report (TFR): 12/31/06   Current Projected Date of Final Report (TFR): 12/31/06

LFORM1

Ver: 11.70a

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 05-49286 GFK Judge: Gregory F. Kishel  Trustee Name: RANDALL L. SEAVER
Case Name: UDOFOT, MICHAEL PAUL  Date Filed (f) or Converted (c): 10/14/05 (f)
341(a) Meeting Date: 01/03/06
Claims Bar Date: 09/18/06

LFORM1  Ver: 11.70a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-49286 -GFK | | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|---|
| Case Name: | UDOFOT, MICHAEL PAUL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3637 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3195 | | | |
| For Period Ending: | 11/29/06 | | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/19/06 | | United States Treasury<br>Austin, Texas | FEDERAL TAX REFUND | | 2,947.81 | | 2,947.81 |
| | 9 | UNITED STATES TREASURY | Memo Amount: 2,755.69<br>FEDERAL TAX REFUND | 1224-000 | | | |
| | 5 | | Memo Amount: 100.00<br>Computer | 1129-000 | | | |
| | 1 | | Memo Amount: 8.99<br>BANK ACCOUNT | 1129-000 | | | |
| | 10 | | Memo Amount: 83.13<br>Wages | 1229-000 | | | |
| 06/28/06 | 000101 | Michael Paul Udofot<br>7416 Dupont Avenue South<br>Richfield, MN 55423 | Exempt amount of tax refund | 8500-000 | | 437.83 | 2,509.98 |
| 06/30/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.73 | | 2,510.71 |
| 07/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.16 | | 2,512.87 |
| 08/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.13 | | 2,515.00 |
| 09/18/06 | 9 | Department of Finance-State Treasurer<br>State of Minnesota<br>St. Paul, MN | MINNESOTA TAX REFUND | 1224-000 | 687.72 | | 3,202.72 |
| 09/29/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.23 | | 3,204.95 |
| 10/01/06 | 000102 | Michael P Udofot | Debtor's share of MN tax refund | 8500-000 | | 146.97 | 3,057.98 |
| 10/31/06 | 11 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 2.63 | | 3,060.61 |
| 11/28/06 | 11 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.26 | | 3,062.87 |
| 11/28/06 | | Transfer to Acct #*******9755 | Final Posting Transfer | 9999-000 | | 3,062.87 | 0.00 |

| | | Page Subtotals | 3,647.67 | 3,647.67 |
|---|---|---|---|---|

Ver: 11.70a

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No: | 05-49286 -GFK | Trustee Name: | RANDALL L. SEAVER |
| Case Name: | UDOFOT, MICHAEL PAUL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3637 Money Market - Interest Bearing |
| Taxpayer ID No: | *******3195 | | |
| For Period Ending: | 11/29/06 | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 2,947.81 | COLUMN TOTALS | 3,647.67  3,647.67  0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00  3,062.87 |
| | | Subtotal | 3,647.67  584.80 |
| Memo Allocation Net: | 2,947.81 | Less: Payments to Debtors | 0.00 |
| | | Net | 3,647.67  584.80 |

Page Subtotals  0.00  0.00

Ver: 11.70a

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-49286 -GFK | Trustee Name: | RANDALL L. SEAVER |
|---|---|---|---|
| Case Name: | UDOFOT, MICHAEL PAUL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9755 Checking - Non Interest |
| Taxpayer ID No: | *******3195 | | |
| For Period Ending: | 11/29/06 | Blanket Bond (per case limit): | $ 20,248,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/28/06 | | Transfer from Acct #*******3637 | Transfer In From MMA Account | 9999-000 | 3,062.87 | | 3,062.87 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 3,062.87 | 0.00 | 3,062.87 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 3,062.87 | 0.00 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 2,947.81 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market - Interest Bearing - ********3637 | 3,647.67 | 584.80 | 0.00 |
| | | Checking - Non Interest - ********9755 | 0.00 | 0.00 | 3,062.87 |
| Total Memo Allocation Net: | 2,947.81 | | 3,647.67 | 584.80 | 3,062.87 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  3,062.87  0.00

LFORM24

Ver: 11.70a

# PROPOSED DISTRIBUTION

Case Number: 05-49286    GFK  
Debtor Name: UDOFOT, MICHAEL PAUL  
Page 1  
Date: November 29, 2006

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $3,062.87 |
| | RANDALL L. SEAVER COMPENSATION | Admin | | $765.72 | $0.00 | $765.72 | $765.72 | $2,297.15 |
| | RANDALL L. SEAVER EXPENSES | Admin | | $28.79 | $0.00 | $28.79 | $28.79 | $2,268.36 |
| 000001 | American Express Travel Related Services Co Inc | Unsec | 070 | $1,194.47 | $0.00 | $1,194.47 | $189.15 | $2,079.21 |
| 000002 | CREDIT FIRST NA | Unsec | 070 | $828.64 | $0.00 | $828.64 | $131.22 | $1,947.99 |
| 000003 | MIDLAND CREDIT MANAGEMENT | Unsec | 070 | $6,905.43 | $0.00 | $6,905.43 | $1,093.49 | $854.50 |
| 000004 | WELLS FARGO CARD SERVICES | Unsec | 070 | $5,396.22 | $0.00 | $5,396.22 | $854.50 | $0.00 |
| << Totals >> | | | | $15,119.27 | $0.00 | $15,119.27 | $3,062.87 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

# Compensation and Expenses Worksheet

**Case Number:** 05-49286 GFK
**Debtor:** UDOFOT, MICHAEL PAUL

### 1. COMPUTATION OF COMPENSATION

Total disbursements to other than the debtor are:
Pursuant to 11 U.S.C. § 326, compensation is computed as follows: $3,062.87

|  |  |  |  |
|---|---|---|---|
|  | $3,062.87 | 25% of First $5,000 | $765.72 |
| Less - | $3,062.87 | ($1,250 Maximum) |  |
| Balance | $0.00 | 10% of Next $45,000 | $0.00 |
| Less - | $0.00 | ($4,500 Maximum) |  |
| Balance | $0.00 | 5% of Next $950,000 | $0.00 |
| Less - | $0.00 | ($47,500 Maximum) |  |
| Balance | $0.00 | 3% of Balance | $0.00 |

TOTAL COMPENSATION CALCULATED: $765.72
Less Previously Paid Compensation: $0.00

**TOTAL COMPENSATION REQUESTED:** **$765.72**

### 2. TRUSTEE EXPENSES

The Trustee has incurred the following expenses:
COPY: Photocopy/Duplication Expense 98 pages @ 0.25 / page   $24.50
POST: Postage 11 each @ 0.39 / each   $4.29

TOTAL EXPENSES CALCULATED: $28.79
Less Previously Paid Expenses: $0.00

**TOTAL EXPENSES REQUESTED:** **$28.79**

**TOTAL EXPENSES AND COMPENSATION REQUESTED:** **$794.51**

**DATED:** 11/29/06

SIGNED _____   TRUSTEE: RANDALL L. SEAVER
                                         12400 PORTLAND AVENUE SOUTH
                                         SUITE 132
                                         BURNSVILLE, MN  55337